FILED
CLERK, U.S. DISTRICT COURT

06/02/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___E.C.___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>NOUSHEEN QURESHI,<br><br>        Defendant. | No. 8:25-cr-00094-FWS<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1001: False Statements] |

The United States Attorney charges:

[18 U.S.C. § 1001(a)(2)]

On or about February 23, 2021, in Orange County, within the Central District of California, in a matter within the jurisdiction of the executive branch of the government of the United States, namely, the Defense Counterintelligence and Security Agency ("DCSA"), defendant NOUSHEEN QURESHI ("QURESHI") knowingly and willfully made the following materially false, fictitious, and fraudulent statement and representation in a written report of investigation:

///

///

Defendant QURESHI falsely stated that she had interviewed S.R. in relation to M.C., an applicant for Top Secret security clearance. In fact, as defendant QURESHI then knew, defendant QURESHI had not interviewed S.R.

BILAL A. ESSAYLI
United States Attorney

*[signature]*

DAVID T. RYAN
Assistant United States Attorney,
Chief, National Security Division

IAN V. YANNIELLO
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section

DENNISE D. WILLETT
Assistant United States Attorney
Terrorism and Export Crimes Section